UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONATHAN LEWIS WASHINGTON,<br>Defendant. | Case No. 20-cr-00034-VC-1   (VKD)<br><br>**ORDER OF DETENTION PENDING REVOCATION HEARING** |

In accordance with the Bail Reform Act, 18 U.S.C. §§ 3142, 3143(a) and Federal Rule of Criminal Procedure 32.1, the United States moved for detention of defendant Jonathan Lewis Washington, pending a hearing before the district judge on revocation of his supervised release. The Court held a detention hearing by telephone, with Mr. Washington's consent, on June 4, 2020.

Mr. Washington has waived written findings of fact and a written statement of the reasons for detention.

Having considered the factors set forth in 18 U.S.C. § 3142(g) and the matters in the petition, the proffers of counsel for Mr. Washington and for the United States, and the verbal report of the probation officer, the Court concludes that Mr. Washington has not met his burden to show by clear and convincing evidence that he will not flee or fail to appear for court as required. Fed. R. Crim. P. 32.1(a)(6).  Accordingly, the Court orders Mr. Washington detained pending a revocation hearing to be conducted pursuant to Fed. R. Crim. P. 32.1(b)(2).

This order supplements the Court's findings stated on the record at the detention hearing on June 4, 2020.

Mr. Washington is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal. Mr. Washington shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Mr. Washington to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: June 4, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge